UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CLARENCE K. GOMERY and GOMERY
& ASSOCIATES, PLLC,

       Plaintiffs,                           Case No. 1:13-cv-947

v.                                            HON. JANET T. NEFF

CONTINENTAL CASUALTY COMPANY,

       Defendant.
_____/

## ORDER

      In accordance with the Opinion entered this date:

      **IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss (Dkt 29) is GRANTED.


Dated: August  25 , 2014                 /s/ Janet T. Neff
                                                 JANET T. NEFF
                                                 United States District Judge